# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Kevin Johnson, et al.

                                      Plaintiff,

v.                                                           Case No.: 1:15−cv−10935
                                                          Honorable Virginia M. Kendall

Wells Fargo Bank, N.A., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 21, 2017:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 9/21/2017. Plaintiffs' pending Motion to compel [158] before Judge Valdez shall remain referred to Judge Valdez. No new Discovery is permitted. Plaintiffs' Motion to reopen discovery [156] is denied. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.